Edward E. Sipes, Esq., SBN 172453
Shawna M. Kashack, Esq., SBN 224989
CHRISTENSEN EHRET LLP
2701 Del Paso Road, Suite 130 - 363
Sacramento, California 95835
Telephone (916) 419-8676
Facsimile (916) 313-0645
esipes@christensenehret.com
skashack@christensenehret.com

Attorneys for Defendant, H.C.F., Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>H.C.F., Inc. a corporation; and DOES 1 - 10, inclusive<br><br>　　　　Defendants. | Case No.: 2:06-cv-02012-MCE-KJM<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS** |

Plaintiff Scott N. Johnson and Defendant H.C.F., Inc., stipulate and agree that the dispositional documents originally due on February 5, 2007, be filed within a period of 30 days.  The parties request a continuance to file dispositional documents because the parties are finalizing the settlement agreement and release to send it out for signature by the parties.

/ / /

/ / /

/ / /

1

DATED: February ___, 2007          LAW OFFICES OF SCOTT N. JOHNSON

                                   By:  /s/ Scott N. Johnson, Esq.
                                        SCOTT N. JOHNSON, ESQ.
                                        Attorneys for Plaintiff

DATED: February ___, 2007          CHRISTENSEN EHRET LLP

                                   By:  /s/ Shawna M. Kashack
                                        EDWARD E. SIPES, ESQ.
                                        SHAWNA M. KASHACK, ESQ.
                                        Attorneys for Defendant, H.C.F., Inc.

## **ORDER**

Pursuant to the Stipulation of the parties,

IT IS ORDERED that the dispositional document due date currently set for February 5, 2007, is continued to March 16, 2007.

DATED: February 9, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES.**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is 2780 Skypark Drive, Suite 460, Torrance, California 90505.

On February 5, 2007, I served on the parties of record in this action the foregoing document described as **DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO ITS MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(5) and 12(b)(6)** by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**Attorneys for Plaintiff, SCOTT JOHNSON**
Scott N. Johnson, Esq.
5150 Fair Oaks Boulevard, Suite 101
Carmichael, California 95608
Telephone (916) 485-3526
Facsimile  (916) 481-4224

*EFILE* - The above individuals are registered with the District Court for service and filing of documents in this case. Said document was transmitted to the above registrants via e-filing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 5, 2007, at Torrance, California.


                  /s/ Sara Rodriguez
                  SARA RODRIGUEZ